**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6941**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DONNELL DECOL GARDNER,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Lacy H. Thornburg, District Judge.  (CR-95-3)

———————

Submitted:  February 22, 2001        Decided:  February 27, 2001

———————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Donnell Decol Gardner, Appellant Pro Se.  Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donnell Decol Gardner appeals the district court's order deny-ing his motion for a new trial pursuant to Fed. R. Crim. P. 33. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Gardner, No. CR-95-3 (W.D.N.C. filed May 31, 2000; entered June 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED